IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:08–CR-30070-NJR ) |
| SONNY S.D. WILLIAMS, | ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is currently before the Court on the motion for early termination of supervised release filed by Defendant Sonny Williams (Doc. 104). On January 5, 2009, Williams was sentenced to a 108-month term of imprisonment and three years of supervised release (Docs. 40, 42). Williams subsequently was released from prison and began his term of supervised release on July 2, 2013 (See Doc. 55).

On April 15, 2015, Williams's supervised release was revoked, and he was sentenced to one year and one day in prison along with another three years of supervised release on Counts 1-5 and 364 days of supervised release on Counts 6-7 (Doc. 70). His supervised release was revoked yet again on June 21, 2018, and Williams was sentenced to one day of imprisonment (time served) and another one-year period of supervised release, to include six months of intermittent confinement (Docs. 96, 103). The Court informed Williams that it would entertain a motion for early termination of supervised release upon completion of the intermittent confinement condition and in conjunction with complete compliance to all other conditions of supervision.

Williams now seeks early termination of his supervised release, as he has completed the intermittent confinement and more than half of his 12-month term of supervision. The U.S. Probation Office and the Government do not oppose the request for early termination (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Williams has served well over one year of supervised release, and the Probation Office confirms that Williams has complied with all conditions of his supervised release. Accordingly, after considering the motion and the Section 3553(a) factors, the Court finds that early termination of Mr. Williams's supervised release is warranted by his conduct and in the interest of justice.

Accordingly, the motion for early termination of supervised release filed by Defendant Sonny Williams (Doc. 104) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED: January 23, 2019

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**